

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2018

No. 04-18-00839-CV

**IN RE** James and Wendy **SCHICK**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On November 6, 2018, relators filed a petition for writ of mandamus and a motion for emergency temporary relief. This court believes a serious question concerning the relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response in this **court no later than November 19, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4. Because of the sensitive nature of this case and the need for expedited consideration, no requests for an extension of time in which to file a response will be considered.

Relator's motion for emergency temporary relief is DENIED at this time.

It is so **ORDERED** on November 8, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-PA-00946, styled *In the Interest of D.M.B., A child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.